IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIBSON,

    Petitioner,                    No. 2: 11-cv-0555 KJN P

    vs.

JAMES HARTLEY, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's petition is under submission for decision.

        On May 8, 2012, petitioner filed a letter with the court inquiring when his petition would be decided. Petitioner is informed that his petition will be decided as soon as possible. The court has a very large caseload and is working diligently to decide all cases in a timely manner.

        IT IS SO ORDERED.

DATED: May 18, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gib555.ord

1