IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIBSON,

        Petitioner,                    No. 2: 11-cv-0555 GEB KJN P

    vs.

JAMES HARTLEY, et al.,

        Respondents.              ORDER

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 11, 2011, petitioner filed the original petition. Petitioner challenges his 2008 conviction in the Sacramento County Superior Court for elder abuse and assault. On May 31, 2011, respondent filed an answer to the petition.

        On June 13, 2011, petitioner commenced another habeas action in this court, 11-1583 CKD P. In 11-1583, petitioner raises two claims not raised in the instant action that also challenge his 2008 conviction for elder abuse and assault. On May 24, 2012, Judge Delaney in 11-1583 ordered the Clerk of the Court to file the June 13, 2011 amended petition in the instant case as a "petition raising additional claims." (See Dkt. No. 31 in 11-555.)

////

////

1

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, respondent shall file a supplemental answer addressing the two claims raised in the petition raising additional claims (Dkt. No. 31); petitioner may file a reply to respondent's briefing within thirty days thereafter.

DATED: June 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gib555.supp